**Destany ATTAWAY, Appellant**

v.

**Jacolby CLARK, Appellee.**

**No. 05–12–00710–CV.**

Court of Appeals of Texas, Dallas.

Jan. 18, 2013.

Destany Attaway, pro se.

Jacolby Clark, pro se.

Before Justices FITZGERALD, FILLMORE and EVANS.

**OPINION**

Opinion by Justice FITZGERALD.

Appellant's brief is overdue. By letter dated October 5, 2012, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed her brief, an extension motion, or